# Exhibit A



# State of New Jersey
## DEPARTMENT OF BANKING AND INSURANCE
### LEGISLATION AND REGULATION
PO Box 325
TRENTON, NJ 08625-0325

TEL (609) 984-3602
FAX (609) 292-0896

CHRIS CHRISTIE
*Governor*

KIM GUADAGNO
*Lt. Governor*

KENNETH E. KOBYLOWSKI
*Commissioner*

MARY C. BEAUMONT
*Director*

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

October 9, 2014

Attention: Corporate Secretary
Canopius US Insurance Company
Suite 1775
1450 American Lane
Schaumburg, IL 60173

Re:   Antonio Giaccone & Rita Giaccone v. Canopius US Insurance Company
      Superior Court of NJ, Atlantic County Law Division
      Docket No.  L-5786-14

Dear Sir/Madam:

You are hereby notified that on this date the Commissioner of the New Jersey Department of Banking and Insurance has accepted original service of process on your behalf in the above-captioned matter. A copy of the Summons and Complaint is enclosed herein.

By copy of this letter I am advising the Attorney for the Plaintiff(s) in this matter and certifying with the Clerk of the Court that this Summons and Complaint have been transmitted to you, and confirming that the Commissioner of Banking and Insurance is not authorized to receive service of any further documents in this action.

Very truly yours,

Debra A. Mullen
Administrative Assistant

Enclosures
12961-04/INOSP
c:   Jonathan Wheeler, Esq.
     One Penn Center – Suite 1270
     1617 JFK Boulevard
     Philadelphia, PA 19103

     Clerk of the Superior Court, Atlantic County

**LAW OFFICES OF JONATHAN WHEELER, P.C.**
BY: Jonathan Wheeler, Esquire (Bar # 0074587796)          Attorney for Plaintiff(s)
One Penn Center - Suite 1270
1617 JFK Boulevard
Philadelphia, PA 19103
Phone: 856-874-1447
E-mail: jwheeler@jwheelerlaw.com

---

| | |
|---|---|
| ANTONIO GIACCONE and<br>RITA GIACCONE<br>607 N. Lafayette Avenue<br>Ventnor, NJ 08406<br><br>vs.<br><br>CANOPIUS US INSURANCE COMPANY<br>Dewey & LeBoeuf LLP<br>1301 Avenue of the Americas<br>New York, NY 10019 | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION<br><br>ATLANTIC COUNTY<br><br><br>DOCKET NO.: L-5786-14<br><br><br>**SUMMONS** |

From The State of New Jersey, To The Defendant(s) Named Above:

The plaintiffs, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (The address of each deputy clerk of the Superior Court is provided.) If the complaint is one in foreclosure, then you must file your written answer of motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, CN-971 Trenton, NJ 08625. A $135.00 filing fee payable to the clerk of the Superior Court and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer of motion if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live. A list of these offices is provided. If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A list of these numbers is also provided.

/s/
_____
Jennifer M. Perez, Acting Clerk
of the Superior Court

DATED:        October 6, 2014

Name and Address of Defendant for Service:   Canopius US Insurance Company
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, New York 10019

**Appendix XII-B1**

| | | |
|---|---|---|
|  | **CIVIL CASE INFORMATION STATEMENT** (CIS) Use for initial Law Division Civil Part pleadings (not motions) under *Rule* 4:5-1 Pleading will be rejected for filing, under *Rule* 1:5-6(c), if information above the black bar is not completed or attorney's signature is not affixed | **FOR USE BY CLERK'S OFFICE ONLY** PAYMENT TYPE: ☐ CK ☐ CG ☐ CA CHG/CK NO. AMOUNT: OVERPAYMENT: BATCH NUMBER: |

| ATTORNEY / PRO SE NAME | TELEPHONE NUMBER | COUNTY OF VENUE |
|---|---|---|
| Jonathan Wheeler, Esquire | (856) 874-1447 | Atlantic |
| **FIRM NAME** (if applicable) | RECEIVED FILED SEP 2 2 2014 ATLANTIC COUNTY LAW DIVISION | **DOCKET NUMBER** (when available) |
| LAW OFFICES OF JONATHAN WHEELER, P.C. | | ATL-L-518-14 |
| **OFFICE ADDRESS** | | **DOCUMENT TYPE** Civil Action Complaint |
| 1617 JFK Boulevard, Suite 1270 Philadelphia, PA 19103 | | JURY DEMAND ■ YES ☐ NO |

| NAME OF PARTY (e.g., John Doe, Plaintiff) | CAPTION |
|---|---|
| Antonio Giaccone and Rita Giaccone | Antonio Giaccone and Rita Giaccone v. Canopius US Insurance Company |

| CASE TYPE NUMBER (See reverse side for listing) | IS THIS A PROFESSIONAL MALPRACTICE CASE? ☐ YES ■ NO |
|---|---|
| 599 | IF YOU HAVE CHECKED "YES," SEE *N.J.S.A.* 2A:53 A-27 AND APPLICABLE CASE LAW REGARDING YOUR OBLIGATION TO FILE AN AFFIDAVIT OF MERIT. |

| RELATED CASES PENDING? ☐ YES ■ NO | IF YES, LIST DOCKET NUMBERS |
|---|---|

| DO YOU ANTICIPATE ADDING ANY PARTIES (arising out of same transaction or occurrence)? ☐ YES ■ NO | NAME OF DEFENDANT'S PRIMARY INSURANCE COMPANY (if known) ☐ NONE ■ UNKNOWN |
|---|---|

**THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE.**

CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

| DO PARTIES HAVE A CURRENT, PAST OR RECURRENT RELATIONSHIP? ■ YES ☐ NO | IF YES, IS THAT RELATIONSHIP: ☐ EMPLOYER/EMPLOYEE ☐ FRIEND/NEIGHBOR ☐ OTHER (explain) ☐ FAMILIAL ■ BUSINESS |
|---|---|

| DOES THE STATUTE GOVERNING THIS CASE PROVIDE FOR PAYMENT OF FEES BY THE LOSING PARTY? | ☐ YES ☐ NO |
|---|---|

USE THIS SPACE TO ALERT THE COURT TO ANY SPECIAL CASE CHARACTERISTICS THAT MAY WARRANT INDIVIDUAL MANAGEMENT OR ACCELERATED DISPOSITION

| ♿ DO YOU OR YOUR CLIENT NEED ANY DISABILITY ACCOMMODATIONS? ☐ YES ■ NO | IF YES, PLEASE IDENTIFY THE REQUESTED ACCOMMODATION |
|---|---|
| WILL AN INTERPRETER BE NEEDED? ☐ YES ■ NO | IF YES, FOR WHAT LANGUAGE? |

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b).

ATTORNEY SIGNATURE: *[signature]*

Effective 01/03/2011, CN 10517-English    page 1 of 2



**Side 2**

# CIVIL CASE INFORMATION STATEMENT
## (CIS)
Use for initial pleadings (not motions) under *Rule* 4:5-1

**CASE TYPES** (Choose one and enter number of case type in appropriate space on the reverse side.)

### Track I - 150 days' discovery
- 151 NAME CHANGE
- 175 FORFEITURE
- 302 TENANCY
- 399 REAL PROPERTY (other than Tenancy, Contract, Condemnation, Complex Commercial or Construction)
- 502 BOOK ACCOUNT (debt collection matters only)
- 505 OTHER INSURANCE CLAIM (including declaratory judgment actions)
- 506 PIP COVERAGE
- 510 UM or UIM CLAIM (coverage issues only)
- 511 ACTION ON NEGOTIABLE INSTRUMENT
- 512 LEMON LAW
- 801 SUMMARY ACTION
- 802 OPEN PUBLIC RECORDS ACT (summary action)
- 999 OTHER (briefly describe nature of action)

### Track II - 300 days' discovery
- 305 CONSTRUCTION
- 509 EMPLOYMENT (other than CEPA or LAD)
- 599 CONTRACT/COMMERCIAL TRANSACTION
- 603N AUTO NEGLIGENCE – PERSONAL INJURY (non-verbal threshold)
- 603Y AUTO NEGLIGENCE – PERSONAL INJURY (verbal threshold)
- 605 PERSONAL INJURY
- 610 AUTO NEGLIGENCE – PROPERTY DAMAGE
- 621 UM or UIM CLAIM (includes bodily injury)
- 699 TORT – OTHER

### Track III - 450 days' discovery
- 005 CIVIL RIGHTS
- 301 CONDEMNATION
- 602 ASSAULT AND BATTERY
- 604 MEDICAL MALPRACTICE
- 606 PRODUCT LIABILITY
- 607 PROFESSIONAL MALPRACTICE
- 608 TOXIC TORT
- 609 DEFAMATION
- 616 WHISTLEBLOWER / CONSCIENTIOUS EMPLOYEE PROTECTION ACT (CEPA) CASES
- 617 INVERSE CONDEMNATION
- 618 LAW AGAINST DISCRIMINATION (LAD) CASES

### Track IV - Active Case Management by Individual Judge / 450 days' discovery
- 156 ENVIRONMENTAL/ENVIRONMENTAL COVERAGE LITIGATION
- 303 MT. LAUREL
- 508 COMPLEX COMMERCIAL
- 513 COMPLEX CONSTRUCTION
- 514 INSURANCE FRAUD
- 620 FALSE CLAIMS ACT
- 701 ACTIONS IN LIEU OF PREROGATIVE WRITS

### Centrally Managed Litigation (Track IV)
- 280 ZELNORM
- 285 STRYKER TRIDENT HIP IMPLANTS
- 288 PRUDENTIAL TORT LITIGATION
- 290 POMPTON LAKES ENVIRONMENTAL LITIGATION
- 291 PELVIC MESH/GYNECARE
- 292 PELVIC MESH/BARD

### Mass Tort (Track IV)
- 248 CIBA GEIGY
- 266 HORMONE REPLACEMENT THERAPY (HRT)
- 271 ACCUTANE
- 274 RISPERDAL/SEROQUEL/ZYPREXA
- 275 ORTHO EVRA
- 277 MAHWAH TOXIC DUMP SITE
- 278 ZOMETA/AREDIA
- 279 GADOLINIUM
- 281 BRISTOL-MYERS SQUIBB ENVIRONMENTAL
- 282 FOSAMAX
- 283 DIGITEK
- 284 NUVARING
- 286 LEVAQUIN
- 287 YAZ/YASMIN/OCELLA
- 601 ASBESTOS

If you believe this case requires a track other than that provided above, please indicate the reason on Side 1, in the space under "Case Characteristics."

Please check off each applicable category ☐ Putative Class Action ☐ Title 59

**LAW OFFICES OF JONATHAN WHEELER, P.C.**
BY: Jonathan Wheeler, Esquire (Bar # 0074587796)
One Penn Center - Suite 1270
1617 JFK Boulevard
Philadelphia, PA 19103
Phone: 856-874-1447
E-mail: jwheeler@jwheelerlaw.com

Attorney for Plaintiffs

RECEIVED and FILED
SEP 2? 2014
ATLANTIC COUNTY
LAW DIVISION

| | |
|---|---|
| ANTONIO GIACCONE and<br>RITA GIACCONE<br>607 N. Lafayette Avenue<br>Ventnor, NJ 08406<br><br>Vs.<br><br>CANOPIUS US INSURANCE COMPANY<br>Dewey & LeBoeuf LLP<br>1301 Avenue of the Americas<br>New York, N.Y. 10019 | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION<br><br>ATLANTIC COUNTY<br><br>DOCKET NO.: ATL-L-5786-14<br><br>**CIVIL ACTION COMPLAINT,<br>DESIGNATION OF TRIAL COUNSEL<br>AND JURY DEMAND** |

Plaintiffs, Antonio Giaccone and Rita Giaccone residing at 607 N. Lafayette Avenue, New Jersey 08406 by way of Complaint against the Defendant, Canopius US Insurance Company say:

## FIRST COUNT

1. At all times referred to herein, Defendant, Canopius US Insurance Company is a corporate entity authorized to conduct business in the State of New Jersey and issues policies of insurance with a "Service of Suit Clause" permitting service on Dewey & LeBoeuf LLP, 1301 Avenue of the Americas, New York City, N.Y. 10019.

2. Defendant, in its regular course of business issued to Plaintiffs a policy of insurance covering Plaintiffs' premises located at 118-124 S. Main Street, Pleasantville, New Jersey 08232. A true and correct copy of the declarations page of said policy of insurance is

attached hereto as Exhibit "A".

3. On or about January 31, 2013, while said policy of insurance was in full force and effect, Plaintiffs suffered direct physical loss to the insured premises.

4. Notice of this covered loss was given to Defendant in a prompt and timely manner and Plaintiffs have done and otherwise performed all things required of Plaintiffs under the policy of insurance issued by Defendant.

5. Defendant, despite demand for benefits under its policy of insurance has failed and refused to pay to Plaintiffs those benefits due and owing under said policy of insurance.

6. Defendant has breached its contractual obligations to pay benefits to Plaintiffs for a loss covered under Defendant's policy of insurance.

7. Solely as a result of Defendant's failure and refusal to pay benefits to Plaintiffs as required under the aforesaid policy of insurance, Plaintiffs have suffered loss and damage to their property, forcing them to incur the expense to repair and replace the damaged property.

**WHEREFORE**, Plaintiffs demand judgment against Defendant for compensatory damages, attorney's fees, costs of suit, and such other relief as the Court may deem equitable and just.

## SECOND COUNT

1. Plaintiffs repeat and re-allege each and every allegation of the First Count as if stated herein at length.

2. The above named breach of contract is a result of Defendant's reckless disregard for the rights of Plaintiffs and breach of its duty of good faith and fair dealing to the Plaintiffs in processing their homeowner claim.

3. As a result of Defendant's bad faith misconduct, Plaintiffs have incurred losses

and expenses, including but not limited to any and all expenses incurred by the Plaintiffs as a result of filing this litigation, including attorney's fees.

**WHEREFORE**, Plaintiffs demand judgment against Defendant for punitive damages plus all damages stemming from Defendant's negligence; for cost and interest of suit; for attorney's fees; and for such other relief as the Court may deem equitable and just.

### DESIGNATION OF TRIAL COUNSEL

Pursuant to Rule 4:25-4, Jonathan Wheeler, Esquire, is hereby designated as trial counsel in the above captioned litigation on behalf of the firm of Law Offices of Jonathan Wheeler, P.C.

### DEMAND FOR TRIAL BY JURY

Plaintiffs hereby demand a trial by jury on all the issues so triable herein.

### CERTIFICATION PURSUANT TO RULE 4:51

The matter in controversy is not the subject of any other action pending in any other Court. There are no pending arbitration proceedings. No other action or arbitration proceedings are contemplated. No non-party is known who would be subject to joinder because of potential liability.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

LAW OFFICES OF JONATHAN WHEELER, P.C.

BY: _____
JONATHAN WHEELER, ESQUIRE
Attorney for Plaintiff(s)

# COMMERCIAL LINES COMMON POLICY DECLARATIONS - OUS100 (12/08)

[X] OMEGA US INSURANCE INC - Schaumburg, IL

State Control Number
SLA# 00574-12-10864

Agreement No. JIM061

Renewal of Number: OUS016005603
Policy Number: OUS016008388

1. NAMED INSURED: Antonio & Rita Giaccone

   DBA:

   MAILING ADDRESS: 118-124 South Main Street

   Pleasantville      NJ 08232

This policy is written by a surplus lines insurer and is not subject to the filing or approval requirements of the New Jersey Department of Banking and Insurance. Such a policy may contain conditions, limitations, exclusions and "different" terms then a policy issued by an insurer granted a Certificate of Authority by the New Jersey Department of Bank and Insurance. "The insurer has been approved by the Department as an eligible surplus lines insurer, but the policy is not covered by the New Jersey Insurance Guaranty Fund, and only a policy of medical malpractice liability insurance as defined in N.J.S.A. 17:30D-3d or a policy of property insurance covering owner-occupied dwellings of less than four dwelling units are covered by the New Jersey Surplus Lines Guaranty Fund."

2. POLICY PERIOD From 05/03/2012 To 05/03/2013 at 12:01 A.M.

3. FORM OF BUSINESS INDIVIDUAL _____ OTHER DESC. _____

4. BUSINESS DESCRIPTION Building owner

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.

|   | | PREMIUM |
|---|---|---|
| Commercial General Liability Coverage Part | $ | 925.00 |
| Commercial Property Coverage Part | $ | 2,300.00 |
| Commercial Crime Coverage Part | $ | NOT COVERED |
| Commercial Inland Marine Coverage Part | $ | NOT COVERED |
| Professional Liability Coverage Part | $ | NOT COVERED |
| Motor Truck Cargo Coverage Part | $ | NOT COVERED |
| Auto Physical Damage Coverage Part | $ | NOT COVERED |
| Equipment Breakdown Coverage | $ | NOT COVERED |
|   | $ |   |
| TRIA | $ | NOT COVERED |
| 5. TOTAL PREMIUM PAYABLE AT INCEPTION | $ | 3,225.00 |
| NJSLT | $ | 161.25 |
| POLICY FEE | $ | 100.00 |
|   | $ |   |
|   | $ |   |
|   | $ |   |
|   | $ |   |
| TOTAL | $ | 3,486.25 |

6. FORMS AND ENDORSEMENT(S) MADE A PART OF THIS POLICY AT THE TIME OF ISSUE* -
   AS PER FORM OUS500 (10/07) ATTACHED

*Omits applicable Forms and Endorsements if shown in specific Coverage Part/Coverage Form Declarations.

THESE DECLARATIONS TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE PART DECLARATIONS, COVERAGE PART COVERAGE FORM(S) AND FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.

AGENCY CODE: 2602

JIMCOR AGENCY, INC.
1000 Crawford Place, Suite 400
Mt. Laurel, NJ 08054

Producer Name & Address
Insurance Agencies, Inc.
P.O. Box 225
Northfield, NJ
08225-1252
(609) 646-1000

BY _Coryne J Thalmann_ Authorized Representative

ORIG PC   05/31/2012

OUS100 (12/08)

Countersigned Mount Laurel, NJ    08054



# SCHEDULE OF FORMS AND ENDORSEMENTS

| POLICY NUMBER: | NAMED INSURED |
|---|---|
| OUS016008388 | Antonio & Rita Giaccone |

Endorsement No./ Edition Date/ Form Description

Forms Applicable to this Coverage Part - INTERLINE
```
OUS100 12-08        COMMON POLICY DECLARATIONS

OUS148 10-07        MIN EARNED PREM ENDT
OUS214 10-07        TERRORISM COVG NOT PURCHASED
OUS255 07-09        GENERAL CLAUSES ENDORSEMENT
OUS267 10-07        SEVERAL LIABILITY NOTICE
OUS268 10-07        APPLICABLE LAW (U.S.A.) CLAUSE
IL 00 17 11-98      COMMON POLICY CONDITIONS
```

Forms Applicable to this Coverage Part - GENERAL LIABILITY
```
OUS284 09-09        CGL COVERAGE PART DECLARATIONS
OUS117A 12-06       COMBINATION GENERAL LIABILITY ENDORSEMENT NON-CONTRACTORS
OUS239 10-07        PRODUCTS/COMPLETED OPERATIONS INCL IN GENERAL AGGREGATE
OUS243 10-07        LEAD CONTAMINATION EXCL
CG 00 01 12-04      CGL COVERAGE FORM
CG 00 67 03-05      VIOLATIONS OF STATUTES EMAILS, FAX PHONE CALLS
CG 21 36 03-05      EXCL NEW ENTITIES
CG 21 44 07-98      LIMITATION OF COVG TO DESIGNATED PREMISES OR PROJECT
CG 21 47 12-07      EMPLOYMENT RELATED PRACTICES EXCL
CG 21 49 09-99      TOTAL POLLUTION EXCL ENDT
CG 21 60 09-98      EXCL YEAR 2000 COMPUTER RELATED PROBLEMS
CG 21 67 04-02      EXCL FUNGI OR BACTERIA EXCL
IL 00 21 05-04      NUCLEAR ENERGY LIABILITY EXCL BROAD FORM
```

Forms Applicable to this Coverage Part - PROPERTY
```
OUS300 09-09        COMMERCIAL PROPERTY COVERAGE PART DECLARATIONS
OUS101 10-07        TOTAL OR CONSTRUCTIVE LOSS
OUS248 01-11        PROTECTIVE SAFEGUARD ENDORSEMENT
OUS253 10-07        TOTAL MOLD, MILDEW OR OTHER FUNGI EXCL
OUS254 10-07        ASBESTOS ENDT
CP 00 10 04-02      BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CP 00 30 04-02      BUSINESS INCOME AND EXTRA EXPENSE COVG FORM
CP 00 90 07-88      COMMERCIAL PROPERTY CONDITIONS
CP 03 20 10-90      MULTIPLE DEDUCTIBLE FORM
CP 10 30 04-02      CAUSES OF LOSS SPECIAL FORM
IL 09 35 07-02      EXCL OF CERTAIN COMPUTER RELATED LOSSES
```

## ADDITIONAL FORMS

OUS500 (10-07)

```
ATLANTIC COUNTY COURT HOUSE
SUPERIOR COURT LAW DIV
1201 BACHARACH BLVD
ATLANTIC CITY    NJ 08401
                                          TRACK ASSIGNMENT NOTICE
COURT TELEPHONE NO. (609) 345-6700
COURT HOURS  8:30 AM - 4:30 PM

                              DATE:    SEPTEMBER 24, 2014
                              RE:      GIACCONE ANTONIO VS CANOPIUS US INSURANCE COMPANY
                              DOCKET:  ATL L -005786 14

     THE ABOVE CASE HAS BEEN ASSIGNED TO:  TRACK 2.

     DISCOVERY IS   300 DAYS AND RUNS FROM THE FIRST ANSWER OR 90 DAYS
FROM SERVICE ON THE FIRST DEFENDANT, WHICHEVER COMES FIRST.

     THE PRETRIAL JUDGE ASSIGNED IS:  HON JOSEPH L. MARCZYK

     IF YOU HAVE ANY QUESTIONS, CONTACT TEAM     003
AT:  (609) 594-3363.

     IF YOU BELIEVE THAT THE TRACK IS INAPPROPRIATE YOU MUST FILE A
 CERTIFICATION OF GOOD CAUSE WITHIN 30 DAYS OF THE FILING OF YOUR PLEADING.
     PLAINTIFF MUST SERVE COPIES OF THIS FORM ON ALL OTHER PARTIES IN ACCORDANCE
WITH  R.4:5A-2.
                              ATTENTION:
                                           ATT: JONATHAN WHEELER
                                           JONATHAN WHEELER
                                           ONE PENN CTR
                                           1617 JFK BLVD  STE 1270
                                           PHILADELPHIA     PA 19103-1820
JUALM4
```